# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

ERICA STEARNS,              Case No. 11-11124
                                                Hon. Lawrence P. Zatkoff

       Plaintiff,

v.

NCO FINANCIAL SYSTEMS, INC.,

       Defendant.

_____/

## **ORDER**

This matter is before the Court on the parties' stipulated proposed order dismissing this case without prejudice and costs to either party and Plaintiff's Motion to Adjourn Conference Set for June 23, 2011 [dkt 14]. On June 9, 2011, the Court ordered the parties to appear on June 23, 2011, at 9:30 A.M. for a conference to inform the Court as to why this case warrants dismissal. Having reviewed Plaintiff's motion and been informed of why this case warrants dismissal, the Court hereby CANCELS the conference set on June 23, 2011. IT IS FURTHER ORDERED that Plaintiff's Motion to Adjourn Conference Set for June 23, 2011 [dkt 14] is DENIED as moot.

       IT IS SO ORDERED.

                                             s/Lawrence P. Zatkoff
                                             LAWRENCE P. ZATKOFF
                                             UNITED STATES DISTRICT JUDGE

Dated: June 20, 2011

CERTIFICATE OF SERVICE

      The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on June 20, 2011.

                                                s/Marie E. Verlinde
                                                Case Manager
                                                (810) 984-3290